IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02359-BNB

CORRI DITTIMUS, a/k/a DERRICK ANDERSON,

    Plaintiff,

v.

TOM CLEMENTS, Director of Corrections,
MARY CARLSON, Manager of Time and Release,
CHAIRMAN OF THE COLORADO BOARD OF PAROLE,
JIM PETERS, Parole Board Member,
MR. WATERS, Parole Board Member,
CASE MANAGER III ORTIZ,
JUDY LEE, Case Manager,
HEAD OF THE DIVISION OF ADULT PAROLE,
JOE BRADY, Parole Supervisor,
WES ALLEN, Parole Supervisor,
MICHELLE ANDERSON, Parole Officer,
MEGAN YOUNG, Parole Officer,
RYAN CORYELL, Parole Officer,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA (DIRECTOR),
BENT COUNTY CORRECTIONAL FACILITY,
BRIGHAM SLOAN, Warden of Bent County Correctional Facility,
MR. SABOLSKI, Unit Manager B.C.C.F.,
MS. GONZALES, Case Manager B.C.C.F., and
HEAD OF OFFENDER SERVICES, C.D.O.C.,

    Defendants.

## ORDER

This matter is before the court on three documents filed October 22, 2012, by Plaintiff, Corri Dittimus, also known as Derrick Anderson. The three documents filed on October 22 are a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 11), a letter to the court requesting

the court to both appoint the Denver Sheriff's Department to serve Respondents and to direct Respondents not to transfer Mr. Dittimus to another facility while this action is pending (ECF No. 12), and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 13).

Mr. Dittimus is a prisoner in the custody of the Colorado Department of Corrections at the Bent County Correctional Facility in Las Animas, Colorado. Mr. Dittimus previously filed in this action a Prisoner Complaint (ECF No. 8) pursuant to 42 U.S.C. § 1983 seeking damages because Defendants allegedly have violated his rights under the United States Constitution by requiring him to serve two periods of mandatory parole. Mr. Dittimus appears to assert similar claims in the habeas corpus application filed on October 22, although the relief he seeks in the application is immediate release from custody. Mr. Dittimus previously was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. (*See* ECF No. 10.)

The documents filed on October 22 were filed in this action because Mr. Dittimus included on those documents the case number for this action. However, based on the fact that Mr. Dittimus submitted a new motion seeking leave to proceed *in forma pauperis* in a habeas corpus action and a new habeas corpus pleading, it appears that Mr. Dittimus may have intended to initiate a separate habeas corpus action. In any event, Mr. Dittimus may not pursue his habeas corpus claims in this action pursuant to 42 U.S.C. § 1983. Therefore, the clerk of the court will be directed to withdraw from this action the three documents filed on October 22 and file those documents in a separate civil action that will be assigned a different civil action number. The court will proceed to review in the instant action the claims for damages Mr. Dittimus raises in the Prisoner

Complaint filed on October 12, 2012.  The claims seeking immediate release that Mr. Dittimus raises in the habeas corpus application will be addressed in the habeas corpus action that will be commenced consistent with this order.  Accordingly, it is

ORDERED that the clerk of the court withdraw from this action the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 11), the letter to the court (ECF No. 12), and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 13).  It is

FURTHER ORDERED that the clerk of the court commence a new habeas corpus action and file in that action the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 11), the letter to the court (ECF No. 12), and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 13).

DATED October 25, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge