IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02359-LTB

CORRI DITTIMUS, a/k/a DERRICK ANDERSON,

      Plaintiff,

v.

TOM CLEMENTS, Director of Corrections,
MARY CARLSON, Manager of Time and Release,
CHAIRMAN OF THE COLORADO BOARD OF PAROLE,
JIM PETERS, Parole Board Member,
MR. WATERS, Parole Board Member,
CASE MANAGER III ORTIZ,
JUDY LEE, Case Manager,
HEAD OF THE DIVISION OF ADULT PAROLE,
JOE BRADY, Parole Supervisor,
WES ALLEN, Parole Supervisor,
MICHELLE ANDERSON, Parole Officer,
MEGAN YOUNG, Parole Officer,
RYAN CORYELL, Parole Officer,
COLORADO DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA (DIRECTOR),
BENT COUNTY CORRECTIONAL FACILITY,
BRIGHAM SLOAN, Warden of Bent County Correctional Facility,
MR. SABOLSKI, Unit Manager B.C.C.F.,
MS. GONZALES, Case Manager B.C.C.F., and
HEAD OF OFFENDER SERVICES, C.D.O.C.,

      Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on October 30, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 30 day of October, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ S. Grimm
    Deputy Clerk